## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  BECKWITH, KENNITH J                                    Case No.  08-12976
        BECKWITH, DENISE D

                                                   Chapter   7

_____ ,
Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $481,125.00          Assets Exempt:  $10,400.00

Total Distribution to Claimants: $0.00      Claims Discharged
                                               Without Payment: $330,170.54

Total Expenses of Administration: $10,005.26

3)  Total gross receipts of $   10,005.26  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of $10,005.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $30,331.00 | $780,559.85 | $780,559.85 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,005.25 | 10,005.25 | 10,005.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 56,543.56 | 56,543.56 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 311,594.95 | 330,170.54 | 330,170.54 | 0.00 |
| **TOTAL DISBURSEMENTS** | $341,925.95 | $1,177,279.20 | $1,177,279.20 | $10,005.26 |

4) This case was originally filed under Chapter 7 on May 21, 2008.
. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2010          By: /s/DEBORAH K. EBNER
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance Policy | 1290-000 | 10,000.00 |
| Interest Income | 1270-000 | 5.26 |
| **TOTAL GROSS RECEIPTS** | | $10,005.26 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit Company LLC | 4110-000 | 30,331.00 | 30,361.96 | 30,361.96 | 0.00 |
| GMAC | 4110-000 | N/A | 15,725.00 | 15,725.00 | 0.00 |
| GMAC | 4110-000 | N/A | 15,725.00 | 15,725.00 | 0.00 |
| LaSalle Bank National Association, as Trustee | 4110-000 | N/A | 593,228.09 | 593,228.09 | 0.00 |
| Thomas Oyler | 4110-000 | N/A | 76,095.95 | 76,095.95 | 0.00 |
| Ford Motor | 4110-000 | N/A | 15,815.72 | 15,815.72 | 0.00 |
| Ford Motor | 4110-000 | N/A | 14,621.09 | 14,621.09 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Ford Motor | 4110-000 | N/A | 18,987.04 | 18,987.04 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $30,331.00 | $780,559.85 | $780,559.85 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner Trustee | 2100-000 | N/A | 1,750.43 | 1,750.43 | 1,750.43 |
| Deborah K. Ebner, Trustee | 2200-000 | N/A | 26.08 | 26.08 | 26.08 |
| Deborah K. Ebner | 3110-000 | N/A | 8,216.40 | 8,216.40 | 8,216.41 |
| International Sureties | 2300-000 | N/A | 12.34 | 12.34 | 12.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,005.25 | 10,005.25 | 10,005.26 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | N/A | 56,543.56 | 56,543.56 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 56,543.56 | 56,543.56 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC | 7100-000 | 17,488.00 | 1,445.69 | 1,445.69 | 0.00 |
| GMAC | 7100-000 | 18,655.00 | 2,592.05 | 2,592.05 | 0.00 |
| Roundup Funding, LLC | 7100-000 | N/A | 890.15 | 890.15 | 0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,455.28 | 1,455.28 | 0.00 |
| Filotto Professional Services | 7100-000 | 2,750.00 | 6,150.00 | 6,150.00 | 0.00 |
| Illco Inc | 7100-000 | 745.00 | 1,827.73 | 1,827.73 | 0.00 |
| Parts Town | 7100-000 | 248.00 | 6,757.54 | 6,757.54 | 0.00 |
| Southside Control Supply | 7100-000 | 3,059.00 | 3,800.78 | 3,800.78 | 0.00 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 498.36 | 498.36 | 0.00 |
| Thomas Oyler | 7100-000 | 76,096.95 | 100,000.00 | 100,000.00 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 22,111.00 | 21,903.20 | 21,903.20 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 27,065.00 | 27,391.00 | 27,391.00 | 0.00 |
| American Express Bank FSB | 7100-000 | 30,000.00 | 30,375.15 | 30,375.15 | 0.00 |
| American Express Bank FSB | 7100-000 | N/A | 2,413.19 | 2,413.19 | 0.00 |
| American Express Centurion Bank | 7100-000 | N/A | 4,511.62 | 4,511.62 | 0.00 |
| Cold Zone | 7100-000 | 1,800.00 | 4,447.89 | 4,447.89 | 0.00 |
| Great Lakes Bank | 7100-000 | 105,767.00 | 107,227.66 | 107,227.66 | 0.00 |
| Controled Engineering | 7100-000 | 5,810.00 | 6,483.25 | 6,483.25 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 311,594.95 | 330,170.54 | 330,170.54 | 0.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-12976

**Case Name:** BECKWITH, KENNITH J

BECKWITH, DENISE D

**Period Ending:** 03/10/10

**Trustee:** (330480)    DEBORAH K. EBNER

**Filed (f) or Converted (c):** 05/21/08 (f)

**§341(a) Meeting Date:** 06/19/08

**Claims Bar Date:** 03/13/09

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Abandoned OA=§554(a) DA=§554(c) | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Brick and frame 3 Bedroom, Bayfield Dr Tinley Pa | 445,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Citi Bank Frankfort | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Prudential Life Policy Children Benefit | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 100% owner of Beckwith Group | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2008 Ford 150 Truck | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2002 Jeep Cherokee | 7,525.00 | 125.00 | DA | 0.00 | FA |
| 10 | Insurance Policy (u) | Unknown | 0.00 | DA | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.26 | Unknown |
| 11 | **Assets** Totals (Excluding unknown values) | **$481,125.00** | **$125.00** | | **$10,005.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case dismissed on 10/23/09 and funds disbursed per order.  Debtor's discharge denied 12/8/09 .  Trustee to prepare Final Account.

**Initial Projected Date Of Final Report (TFR):**    December 30, 2014    **Current Projected Date Of Final Report (TFR):**    March 31, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-12976
**Case Name:** BECKWITH, KENNITH J
BECKWITH, DENISE D
**Taxpayer ID #:** 54-6799545
**Period Ending:** 03/10/10

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****68-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/08 | {10} | Prudential Insurance Company | per Order | 1290-000 | 10,000.00 | | 10,000.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.62 | | 10,000.62 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 10,001.32 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,001.72 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #08-12976 Voided on 02/08/09 | 2300-000 | | ! 12.34 | 9,989.38 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #08-12976 Voided: check issued on 02/08/09 | 2300-000 | | ! -12.34 | 10,001.72 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #08-12976, 016026455 | 2300-000 | | 12.34 | 9,989.38 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,989.76 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,990.19 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,990.59 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,990.98 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,991.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,991.83 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,992.25 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,992.65 |
| 10/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.27 | | 9,992.92 |
| 10/21/09 | | To Account #********6866 | In anticipation of closing on Friday October 23, 2009 | 9999-000 | | 9,992.92 | 0.00 |

|  | | | ACCOUNT TOTALS | | 10,005.26 | 10,005.26 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 9,992.92 | |
| | | | **Subtotal** | | **10,005.26** | **12.34** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,005.26** | **$12.34** | |

{} Asset reference(s)          !-Not printed or not transmitted

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-12976

**Case Name:** BECKWITH, KENNITH J
BECKWITH, DENISE D

**Taxpayer ID #:** 54-6799545

**Period Ending:** 03/10/10

**Trustee:** DEBORAH K. EBNER (330480)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****68-66 - Checking Account

**Blanket Bond:** $5,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/21/09 | | From Account #********6865 | In anticipation of closing on Friday October 23, 2009 | 9999-000 | 9,992.92 | | 9,992.92 |
| 10/23/09 | 101 | Deborah K. Ebner, Trustee | | 2200-000 | | 26.08 | 9,966.84 |
| 10/23/09 | 102 | Deborah K. Ebner, Trustee | | 2100-000 | | 1,750.43 | 8,216.41 |
| 10/23/09 | 103 | Deborah K. Ebner | | 3110-000 | | 8,216.41 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **9,992.92** | **9,992.92** | **$0.00** |
| Less: Bank Transfers | 9,992.92 | 0.00 | |
| **Subtotal** | **0.00** | **9,992.92** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$9,992.92** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****68-65** | **10,005.26** | **12.34** | **0.00** |
| **Checking # ***-*****68-66** | **0.00** | **9,992.92** | **0.00** |
| | **$10,005.26** | **$10,005.26** | **$0.00** |